Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT
for the

District of

2021 OCT 22 PM 1:14

OFFICE OF THE CLERK

Division

Robert Elliott C/o Brian Lee Youngwill

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Omaha Nebraska Humane Society

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:21cv413
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

**RECEIVED**

OCT 22 2021

CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert C Elliott C/o Brian Lee Youngwill
Street Address: 111 North 38th AVE unit 3
City and County: Douglas County
State and Zip Code: Omaha Nebraska 68131
Telephone Number: 531 214 1785
E-mail Address: Relliottnews2373@outlook.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Omaha Nebraska Humane Society
Job or Title (if known): Owners
Street Address: 8929 Fort St
City and County: Omaha  Douglas
State and Zip Code: Nebraska 68134
Telephone Number: 402 444 7800 ext 1
E-mail Address (if known):

Humane Society

Defendant No. 2
Name: Omaha Police officer Bdg#2384 Hethington
Job or Title (if known): Patrol officer / Security Detail 4 on ?ck
Street Address: 505 S 15th St
City and County: Omaha   Douglas
State and Zip Code: Neb 68102
Telephone Number: 402 444 7555
E-mail Address (if known):

Defendant No. 3
Name: Omaha Police Station
Job or Title (if known):
Street Address: 10245 Wiesman Dr
City and County: Omaha Douglas
State and Zip Code: NE 68134
Telephone Number: 402-444-7555
E-mail Address (if known):

Defendant No. 4
Name: Ronald Schlabs
Job or Title (if known): Director of Field Operations
Street Address: 8929 Fort St.
City and County: Omaha Douglas
State and Zip Code: NE 68134
Telephone Number: 402-444-7800 ext 2326
E-mail Address (if known): rschlabs@nehumanesociety.org

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 CFR § 35.136 Title 20 Subtitle 2 chapter 14 2016 Arkansas Code subchapter 3 § 2014-504 Section 17.148(A) § 17.148(b)(1) 42 U.S.U. 12131 38 CFR § 17.32 Terminally III Act 1995 1st Amendment Speech and Press 5th Amendment Due Process of Law 9th Amendment

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Robert C Elliott [scribbled out text], is a citizen of the State of *(name)* Nebraska.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Omaha NE Humane Society is incorporated under the laws of the State of (name) Nebraska, and has its principal place of business in the State of (name) Nebraska.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Nebraska.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$75,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

9-5-21 Humane Society first encounter, 9-7-21 humane society second encounter, 9-10-21 Phone call from Humane Society staff, 9-11-21 5:32pm email from humane society to get Shadow, 9-12-21 went to get Shadow & forced to pay fee, 9-15-21 12:10pm Ronny left message or [scribbled out] phone and Oct 4, 2021 email from Ronald Schlabs offering $250, Oct 4, 2021 phone call from Fraser Stryker demanding for continuance & to take an offer

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Seeking maximum to cover fee's paid to humane society, gas for transportation and mental damages and violation of human rights.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 18, 2021

Signature of Plaintiff

Printed Name of Plaintiff   Robert Elliott

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

RE: Robert Elliott vs Omaha Nebraska Humane Society

I, Jasmine Elliott, do under penalty of purgury state that I'm a witness to this case. I additionally state I'm Deaf Blind & require a tactile american sign language interpreter. Furthermore, I'm second ececutor to the will.

*[signature]*

**RECEIVED**
OCT 22 2021
CLERK
U.S. DISTRICT COURT