IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT CHRISTIAN ELLIOTT, c/o Brian Lee Young Will,<br><br>    Plaintiff,<br><br>vs.<br><br>OMAHA NEBRASKA HUMANE SOCIETY, OMAHA POLICE OFFICER BADGE #2384 HETHINGTON, and RONALD SCHLABS,<br><br>    Defendants. | 8:21CV413<br><br>MEMORANDUM AND ORDER |

On February 25, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 7.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 7 at CM/ECF p. 5.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.   This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.   Judgment shall be entered by separate document.

DATED this 1st day of April, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge